IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE



| | |
|---|---|
| PATRICIA J. HUDSON, <br> Plaintiff | ] <br> ] <br> ] |
| VS. | ] CIVIL ACTION NO. 1:04-1321-T <br> ] |
| JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br> Defendant | ] <br> ] <br> ] |

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE MOTION FOR JUDMENT ON THE RECORD AND SUPPORTING BRIEF

Upon Motion of the Plaintiff, there being no objection, IT IS HEREBY ORDERED that Counsel for the Plaintiff, PATRICIA J. HUDSON, be and is hereby granted an additional thirty (30) days within which to file a Motion for judgment on the record and supporting brief.

_____
U.S. DISTRICT JUDGE

3 May 2005

PREPARED BY:

_____
DANA DYE, Attorney for Plaintiff

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/5/05

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing Motion to Mr. Joe A. Dycus, Assistant U.S. Attorney, 800 Federal Office Building, Memphis, TN 38103 this 25th day of April, 2005.

_____
DANA DYE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01321 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dana Dye
P.O. Box 11
105 West End Avenue
Centerville, TN 37033

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT