UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PATRICIA J. HUDSON,

      Plaintiff,

v.                            Civil No. 04-1321 - T

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by July 5, 2005.

_____
Judge, United States District Court

Date: _____5 July 2005_____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __7/7/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01321 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dana Dye
P.O. Box 11
105 West End Avenue
Centerville, TN 37033

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT