IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA J. HUDSON,

    Plaintiff,

VS.                                                                      No. 04-1321-T

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER OF REFERENCE

This case is hereby referred to United States Magistrate Judge Thomas Anderson for report and recommendation.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

1 September 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01321 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dana Dye
P.O. Box 11
105 West End Avenue
Centerville, TN 37033

Honorable James Todd
US DISTRICT COURT